SARAH C. SMITH V. WILLIAM H. BEAGLE.

FILED JANUARY 19, 1897.   No. 6993.

Transcript for Review.   The filing of the original pleadings and other
  documents belonging to the records of the district court does not
  take the place of the certified transcript which the statute requires
  as a foundation for appellate proceedings, even though the parties
  may stipulate to that effect.   *Moore v. Waterman,* 40 Neb., 498,
  followed.

ERROR from the district court of Valley county. Tried
below before HARRISON, J.   *Affirmed.*

*Coffin & Stone* and *C. A. Munn,* for plaintiff in error.

*A. M. Robbins, contra.*

IRVINE, C.

We have in this case, properly authenticated, a bill of
exceptions and a transcript of the verdict, motion for new
trial, and judgment.   In addition to this there is a bundle
of loose papers which look as if they might be the original
files from the office of the clerk of the district court, but
not authenticated as such, and a stipulation of counsel
that the original files may be used in lieu of a transcript.
This does not comply with the statutes regulating pro-
ceedings in this court.   (*Moore v. Waterman,* 40 Neb., 498;
*Bell v. Beller,* 40 Neb., 501; *School District v. Cooper,* 44
Neb., 714; *McDonald v. Grabow,* 46 Neb., 406; *Otis v. But-
ters,* 46 Neb., 492; *Peck v. Nebraska Loan & Trust Co.,* 50
Neb., 227.)   Without a transcript of the pleadings we are
unable to examine the evidence to ascertain whether it
was sufficient to support the verdict, as we have no means
of determining what was in issue.   Nor have we the in-
structions before us for examination.   All assignments
of error relate to questions of this character.

AFFIRMED.

HARRISON, J., not sitting.